United States District Court
Eastern District of New York

1:20-cv-03578-ARR-VMS

Deborah Duffy individually and on behalf of all others similarly situated,

               Plaintiff,

- against -

Lidl US, LLC,

               Defendant

*So Ordered,*

Notice of Voluntary Dismissal



/s/(ARR)

U.S.D.J.

2/11/21

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 10, 2021

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
60 Cutter Mill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com
E.D.N.Y. # SS-8533
S.D.N.Y. # SS-2056

1:20-cv-03578-ARR-VMS
United States District Court
Eastern District of New York

Deborah Duffy individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Lidl US, LLC,

Defendant

Notice of Voluntary Dismissal

```
         Sheehan & Associates, P.C.
         60 Cutter Mill Rd Ste 409
         Great Neck NY 11021-3104
             Tel: (516) 268-7080
             Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: February 10, 2021

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on February 10, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| <u>Plaintiff's Counsel</u> | ☒ | ☐ | ☐ |

<u>/s/ Spencer Sheehan</u>
Spencer Sheehan